IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02146-WJM-KLM

SARAH OWENS,

      Plaintiff,

v.

BANNER HEALTH,

      Defendant.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#26] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**. Accordingly,

      IT IS FURTHER **ORDERED** that the Protective Order [#26-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

      Dated: April 2, 2015