## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

Civil Action No. 14-cv-2146-WJM-KLM

SARA OWENS

      Plaintiff,

v.

BANNER HEALTH,

      Defendant.

---

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

---

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal, filed May 29, 2015 (ECF No. 30). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 29th day of May, 2015.

                                                  BY THE COURT:

                                                  William J. Martínez
                                                  United States District Judge